IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02478-CMA-BNB

KYLE DOUGLAS BANG,

    Applicant,

v.

GEORGE DUNBAR, Warden, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

This matter is before the court *sua sponte*.

IT IS HEREBY ORDERED that on or before **April 15, 2010**, the Clerk of the Mesa County District Court shall provide to this Court the original written record, including transcripts, of Mesa County Criminal Case Number 05CR1285, *People v. Kyle Douglas Bang*.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Mesa County District Court by regular mail to:

    Clerk of the Mesa County District Court
    P.O. Box 20000-5030
    Grand Junction, CO 81502

DATED: March __25__, 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge