IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 09-cv-02478-CMA

KYLE DOUGLAS BANG,

    Petitioner,

vs.

GEORGE DUNBAR, Warden, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED: April 18, 2016

                BY THE COURT:

                _____
                Christine M. Arguello
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02478-CMA

District Court, Mesa County
125 North Spruce
P.O. Box 20000-5030
Grand Junction, CO 81502

Kyle Douglas Bang
# 133620
Buena Vista Correctional Complex - Main & Boot Camp (BVCC)
P.O. Box 2017
Buena Vista, CO 81211

Melissa D. Allen - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/18/2016  .

                            JEFFREY P. COLWELL, CLERK

                            By: s/ D. Berardi
                                 Deputy Clerk